UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  CHRISTOPHER GLENWOOD DUNCAN        CASE NO. 20-10846
  1103 LAWSONVILLE AVENUE                JUDGE BENJAMIN A. KAHN
  REIDSVILLE, NC  27320

    DEBTOR

SSN(1) XXX-XX-5488                      DATE: 06/03/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $112.31<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 1090<br>COMMENT: LAB CORP |
| BIG PICTURE LOANS<br>E23970 POW WOW TRAIL<br>WATERSMEET, MI  49969 | $0.00<br>INT: .00%<br>NAME ID: 170149<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BRIGHT LENDING<br>P O BOX 578<br>HAYS, MT  59527 | $0.00<br>INT: .00%<br>NAME ID: 180966<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5488<br>COMMENT: OC |
| LENDMARK FINANCIAL<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $9,527.95<br>INT: .00%<br>NAME ID: 160840<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 1925<br>COMMENT: |
| MARINER FINANCE NORTH CAROLINA INC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $4,168.84<br>INT: .00%<br>NAME ID: 150555<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 4395<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $1,374.60<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 6279<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| MINTO MONEY<br>P O BOX 58112<br>MINTO, AR  99758 | $0.00<br>INT: .00%<br>NAME ID: 183701<br>CLAIM #: 0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| MISSION LANE LLC<br>P O BOX 105286<br>ATLANTA, GA  30348 | $0.00<br>INT: .00%<br>NAME ID: 179366<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 5488<br>COMMENT: OC | |
| NATIONAL FINANCE COMPANY INC<br>% LYNDON SOUTHERN INS<br>151 PINNACLE PL<br>LITTLE RIVER, SC  29566 | $2,047.50<br>INT: 5.25%<br>NAME ID: 167021<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT:<br>COMMENT: 02FORD | |
| NATIONAL FINANCE COMPANY INC<br>% LYNDON SOUTHERN INS<br>151 PINNACLE PL<br>LITTLE RIVER, SC  29566 | $68.73<br>INT: .00%<br>NAME ID: 167021<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT:<br>COMMENT: SPLIT | |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $8,153.26<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 1838<br>COMMENT: | |
| PERSONIFY FINANCIAL<br>P O BOX 208417<br>DALLAS, TX  75320 | $0.00<br>INT: .00%<br>NAME ID: 183702<br>CLAIM #: 0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $581.40<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0009 | | (U) UNSECURED<br><br>ACCT: 1837<br>COMMENT: CAPITAL ONE | |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 5488<br>COMMENT: OC | |
| ROCKINGHAM GASTROENTEROLOGY<br>233 GILMER ST<br>REIDSVILLE, NC  27320 | $0.00<br>INT: .00%<br>NAME ID: 28404<br>CLAIM #: 0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: | |
| SCOLOPAX LLC<br>% WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124-3978 | $4,933.57<br>INT: .00%<br>NAME ID: 176211<br>CLAIM #: 0023 | | (U) UNSECURED<br><br>ACCT: 248B<br>COMMENT: | |
| SPECTRUM<br>3140 W ARROWOOD RD<br>CHARLOTTE, NC  28273-0001 | $0.00<br>INT: .00%<br>NAME ID: 170277<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SPOTLOAN<br>P O BOX 720<br>BELCOURT, ND  58316 | $0.00<br>INT: .00%<br>NAME ID: 140218<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $6,545.57<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 5148<br>COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $479.65<br>INT: .00%<br>NAME ID: 176005<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| ZOCA LOANS INC<br>ROSEBUD ECONOMIC DEVELOPMENT CORP<br>ROSEBUD LENDING SCO<br>P O BOX 1147<br>MISSION, SD  57555 | $0.00<br>INT: .00%<br>NAME ID: 180003<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$37,993.38** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $5,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

   The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

   Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

   If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  06/03/2021      OFFICE OF THE CHAPTER 13 TRUSTEE

> By: /s/  Gayle McFarland
> Clerk
> Chapter 13 Office
> 500 W FRIENDLY AVE STE 200
> P O BOX 1720
> GREENSBORO, NC  27402-1720

cc:  Debtor
      Attorney for Debtor - Electronic Notice